FRANK D. POND (BAR NO. 126191)
KEVIN D. JAMISON (BAR NO. 222105)
kjamison@pondnorth.com
AMY Y. KUO (BAR NO. 236728)
akuo@pondnorth.com
POND NORTH LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071
Telephone:      (213) 617-6170
Facsimile:      (213) 623-3594

Attorneys for Specially Appearing Defendant
MINGLEDORFF'S, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LINDA OLSCHEWSKE, as Wrongful Death Heir, and Successor-in-Interest to THOMAS OLSCHEWSKE, Deceased; and THOMAS R. OLSCHEWSKE and ELLAMAE PIKE, as Legal Heirs of THOMAS OLSCHEWSKE, Deceased, | Case No:  CV 10 1729 SC **STIPULATION AND ORDER RE DISMISSAL WITHOUT PREJUDICE OF SPECIALLY APPEARING DEFENDANT MINGLEDORFF'S, INC.** |
| Plaintiffs, | |
| vs. | Judge:        Hon. Samuel Conti Courtroom:   1 |
| ASBESTOS DEFENDANTS (B*P), et al. | Case Filed:   June 17, 2009 Trial Date:    None |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective attorneys of record, that Specially Appearing Defendant

///

///

///

///

MINGLEDORFF'S, INC., shall be dismissed without prejudice, with a mutual waiver of costs.

DATED: June 1, 2010                POND NORTH LLP

By: _____
    Kevin D. Jamison
    Attorneys for Specially Appearing Defendant
    MINGLEDORFF'S, INC.


DATED: June 1, 2010                BRAYTON PURCELL

By: _____
    RICHARD GRANT
    Attorneys for Plaintiffs


**ORDER**

IT IS SO ORDERED.

DATED: ___6/3___, 2010

_____
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

## PROOF OF SERVICE

2
3

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 100 Spear Street, Suite 1200, San Francisco, CA 94105.

4
5

On June 1, 2010, I served the following document(s): **STIPULATION AND ORDER RE DISMISSAL WITHOUT PREJUDICE OF SPECIALLY APPEARING DEFENDANT MINGLEDORFF'S, INC.** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

6

## SEE ATTACHED SERVICE LIST

7
8
9
10

☒    I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at, San Francisco, California, on all parties not opting for e-service.

11
12

☒    By E-Service: I electronically served the above document(s) via ECF/PACER on all parties opting for e-service.

13

Executed: June 1, 2010

14

☐    (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

15
16

☒    (Federal)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

17
18
19

Jenny Cordero
4745-0002

20
21
22
23
24
25
26
27
28

PROOF OF SERVICE

## MASTER SERVICE LIST

### OLSCHEWSKE v. ASBESTOS DEFENDANTS, et al.
### USDC CASE NO. CV-10-01729-SC

Part A:  Parties to be E-Served

| Attorney Name & Address | Telephone/Facsimile | Representing |
|---|---|---|
| BRAYTON PURCELL LLP<br>222 Rush Landing Road<br>P. O. Box 6169<br>Novato  CA  94948-6169<br>David R. Donadio, Esq.<br>Email: ddonadio@braytonlaw.com<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | T: 415-898-1555<br>F: 415-898-1247 | Plaintiffs |
| TUCKER ELLIS & WEST LLP<br>135 Main Street, Suite 700<br>San Francisco  CA  94105<br>Evan Craig Nelson, Esq.<br>Email: evan.nelson@tuckerellis.com<br>Nicole Elisabet Gage, Esq.<br>Email: nicole.gage@tuckerellis.com<br>LEAD ATTORNEYS<br>ATTORNEYS TO BE NOTICED | T: 415-617-2400<br>F: 415-617-2409 | Defendant Rockwell<br>Automation, Inc. |

Part B:  Parties to be Mail-Served:

| Attorney Name & Address | Telephone/Facsimile | Representing |
|---|---|---|
| COOLEY MANION JONES HAKE<br>KUROWSKI LLP<br>201 Spear Street, 18th Floor<br>San Francisco, CA  94105 | T:  415/512-4381<br>F:  415/512-6791 | A. W. Chesterton Co. |
| STEVENS DRUMMOND & GIFFORD<br>1910 Olympic Boulevard, Suite 250<br>Walnut Creek, CA  94596 | T:  925/944-5550<br>F:  925/256-9669 | Cooper Industries, Inc. |
| K & L GATES LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA  94111 | T:  415/882-8200<br>F:  415/882-8220 | Crane Co.;<br>Square D Co. |
| ARMSTRONG & ASSOCIATES LLP<br>One Kaiser Plaza, Suite 625<br>Oakland, CA  94612 | T:  510/433-1830<br>F:  510/433-1836 | Crown Cork & Seal Co.<br>Inc. |

| Attorney Name & Address | Telephone/Facsimile | Representing |
|---|---|---|
| BERRY & BERRY<br>2930 Lakeshore Avenue<br>P.O. Box 16070<br>Oakland, CA  94610-6070 | T:  510/835-8330<br>F:  510/835-5117 | Designated Defense Counsel |
| HOWARD ROME MARTIN & RIDLEY LLP<br>1775 Woodside Road, Suite 200<br>Redwood City, CA  94061-3436 | T:  650/365-7715<br>F:  650/364-5297 | Eaton Corp. |
| SEDGWICK DETERT MORAN & ARNOLD LLP<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA  94105 | T:  415/781-7900<br>F:  415/781-2635 | General Electric Co. |
| ARCHER NORRIS<br>2033 N. Main Street, Suite 800<br>P.O. Box 8035<br>Walnut Creek, CA  94596 | T:  925/930-6600<br>F:  925/930-6620 | Graybar Electric Co., Inc. |
| BASSI EDLIN HUIE & BLUM LLP<br>351 California Street, Suite 200<br>San Francisco, CA  94104 | T:  415/397-9006<br>F:  415/397-1339 | Hopeman Brothers Inc.; J. T. Thorpe & Son Inc.; Parker Hannifin Corp. |
| PRINDLE DECKER & AMARO LLP<br>310 Golden Shore, 4th Floor<br>P.O. Box 22711<br>Long Beach, CA  90801-5511 | T:  562/436-3946<br>F:  562/495-0564 | ITT Corp.; ITT Industries, Inc. |
| STEPTOE & JOHNSON LLP<br>633 West 5th Street, Suite 700<br>Los Angeles, CA  90071 | T:  213/439-9422<br>F : 213/439-9599 | Metropolitan Life Insurance Co. |
| WALSWORTH FRANKLIN BEVINS & McCALL<br>One City Boulevard West, Fifth Floor<br>Orange, CA  92868-3677 | T:  714/634-2522<br>F:  714/634-0686 | Quintec Industries Inc.; Thomas Dee Engineering Co. Inc. |

PROOF OF SERVICE

4745-0002:561406.1