

FILED
SEP 2 4 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                          MDL No. 875

### (SEE ATTACHED SCHEDULE)    C10-1729 PJH

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has, in the actions on this conditional remand order: (1) severed all claims for punitive or exemplary damages; and (2) advised the Panel that coordinated or consolidated pretrial proceedings with respect to the remaining claims have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that all claims in the action(s) on this conditional remand order except the severed damages claims be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

Jeffery Luthi

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 19, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED  9–19–12
ATTEST: Tom Depay
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                          MDL No. 875

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| PAE | 2 | 09−92345 | CAN | 3 | 09−04676 | STANTON v. GENERAL ELECTRIC COMPANY et al |
| PAE | 2 | 09−92269 | CAN | 3 | 09−04756 | O'KEEFE et al v. GENERAL ELECTRIC COMPANY |
| PAE | 2 | 09−92270 | CAN | 3 | 09−04782 | JANIK et al v. GENERAL ELECTRIC COMPANY et al |
| PAE | 2 | 09−92271 | CAN | 3 | 09−04803 | HAMLETT v. GENERAL ELECTRIC COMPANY |
| PAE | 2 | 09−92274 | CAN | 3 | 09−04881 | GEESA v. GENERAL ELECTRIC COMPANY et al |
| PAE | 2 | 10−78938 | CAN | 4 | 10−01729 | OLSCHEWSKE et al v. ASBESTOS DEFENDANTS |
| PAE | 2 | 10−78941 | CAN | 4 | 10−02927 | PETRYK v. GENERAL ELECTRIC COMPANY |
| PAE | 2 | 11−63468 | CAN | 4 | 11−00270 | PARKER et al v. GENERAL ELECTRIC COMPANY |

* − denotes that the civil action has been severed.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS          :     Consolidated Under
LIABILITY LITIGATION (No. VI)     :     MDL DOCKET NO. 875
                                  :
                                  :     Transferred from the Northern
OLSCHEWSKE, et al.                :     District of California,  *PJH*
                                  :     Case No. 10-01729
      v.                          :
                                  :
ASBESTOS DEFENDANTS               :     E.D. PA No. 2:10-cv-78938

### SUGGESTION OF REMAND

**AND NOW**, this **6th** day of **September, 2012**, it is hereby

**ORDERED** that, upon review of the above captioned case under MDL-

875 Administrative Order No. 18, No. 01-875 (E.D. Pa. April 30,

2009), ECF No. 6197, the Court finds that, as to the above-

captioned case:

> a.) Plaintiff has complied with MDL-875 Administrative
>
> Orders 12 and 12A (see the MDL 875 website's Administrative
>
> Orders page, at http://www.paed.uscourts.gov/mdl875d.asp).
>
> b.) Parties have completed their obligations under the Rule
>
> 16 order issued by the Court (see ECF No. 13).
>
> c.) All discovery has been completed.
>
> d.) The Court has adjudicated all outstanding motions,
>
> including dispositive motions. Particularly relevant rulings
>
> include:
>
> > i.   The only defendant who filed a motion for

1

summary judgment was dismissed prior to a
ruling on the motion.

e.) Rule 18 settlement discussions have been exhausted at
this time as to the remaining viable defendants.

f.) The Court finds that this case is prepared for trial
without delay once on the transferor court's docket, subject
to any trial-related motions in limine (including Daubert
challenges).

g.) The remaining viable Defendants for trial are:

    i.   General Electric Co.

    ii.  Graybar Electric Co.

    iii. Hopeman Brothers, Inc.

    iv.  J.T. Thorpe & Son, Inc.

    v.   Parker-Hannifin Corp.

    vi.  Thomas Dee Engineering Co.

h.) Any demand for punitive damages is severed, and claims
for punitive or exemplary damages are retained by the MDL-
875 Court. See Fed. R. Civ. P. 42(b).

Accordingly, the Court **SUGGESTS** that the above-captioned
case should be **REMANDED** to the United States District Court for
the **Northern District of Calfornia** for resolution of all matters
pending within this case except punitive damages.[1]

_____

[1]    The Court finds that the issue of punitive damages
must be resolved at a future date with regard to the entire MDL-
875 action, and therefore any claims for punitive or exemplary
damages are hereby **SEVERED** from this case and retained by the

Alternatively, parties in the below-listed cases have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania. In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, on a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.

---

MDL-875 Court in the Eastern District of Pennsylvania. See <u>In re Collins</u>, 233 F.3d 809, 810 (3d Cir. 2000) ("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); <u>see also</u> <u>In re Roberts</u>, 178 F.3d 181 (3d Cir. 1999).

3

## SUGGESTION OF REMAND MEMORANDUM
### Updated September 5, 2012

**To:** Transferor Judge
**From:** Judge Eduardo C. Robreno, Presiding Judicial Officer, MDL 875
**Re:** Asbestos case that has been transferred to your court

---

### Status of the case that has been transferred from the Eastern District of Pennsylvania

This case has been transferred back to the transferor court, from the MDL 875 Court in the Eastern District of Pennsylvania.

Cases that are remanded to transferor courts are ordinarily ready for trial, pursuant to this Court's Administrative Order No. 18 (see http://www.paed.uscourts.gov/mdl875d.asp).

Specific information regarding the history of a specific case while it was in the MDL 875 Court can be found in the Suggestion of Remand (above) that the MDL Court submitted to the Judicial Panel on Multidistrict Litigation in connection with its Order.

### History of MDL 875, In re: Asbestos Products Liability Litigation

MDL 875, In re: Asbestos Products Liability Litigation, involves issues relating to personal injury damages caused by asbestos products. It currently consists of about 6,000 cases transferred by the Judicial Panel on Multidistrict Litigation, which has been transferring cases to the Eastern District of Pennsylvania since 1991. Each case typically consists of claims by multiple plaintiffs against multiple defendants. Since its inception, the litigation has involved more than 100,000 cases and up to ten million claims, including land-based and maritime claims ("MARDOC").

Beginning with Administrative Order No. 12 (see http://www.paed.uscourts.gov/mdl875d.asp) in 2008, the Court initiated an aggressive, pro-active policy to facilitate the processing of cases. The policy involves giving newly transferred cases scheduling orders; setting cases for settlement conferences; having motion hearings; and remanding trial-ready cases to transferor courts, or, in the alternative, holding trials in the Eastern District of Pennsylvania (if so requested by the parties).

### Resources available for transferor courts on the MDL 875 website

More information about the history of MDL 875 can be found on the Eastern District of Pennsylvania's MDL 875 website at http://www.paed.uscourts.gov/mdl875a.asp. Additionally, all Administrative Orders issued in this litigation (including current Orders and those no longer in effect) can be found at http://www.paed.uscourts.gov/mdl875d.asp.

4

Also on the website is an Excel spreadsheet of all decisions issued by the Presiding Officer on substantive and procedural matters since 2008 (see http://www.paed.uscourts.gov/mdl875n.asp). This spreadsheet is updated regularly, and it can be sorted by jurisdiction, case caption, subject matter, party name, etc. It is also word searchable. The MDL-875 Court intends this spreadsheet to be a helpful resource for transferor courts addressing issues similar to those already addressed by the MDL-875 Court.

Other options available to assist the Transferor Court with legal research include searchable databases created by LexisNexis and Westlaw. Directions on how to access these databases can be found on http://www.paed.uscourts.gov/mdl875n.asp.

### Contact information for the MDL 875 Court

The MDL 875 Court is ready, willing and able to assist the transferor court with any matters relating to the transfer of the case or any substantive or procedural issues that may arise.

You may contact the Presiding Judicial Officer (Judge_Eduardo_Robreno@paed.uscourts.gov), the MDL 875 law clerk (Michele_Ventura@paed.uscourts.gov or (267) 299-7422), or the Clerk's Office ((267) 299-7012) for further assistance.

### Intercircuit Assignment Committee

The Intercircuit Assignment Committee of the Judicial Conference, under the leadership of Judge J. Frederick Motz of the District of Maryland, can assist in the identification and assignment of a senior judge from another District who is ready, willing and able to preside over the trial of this case. If appropriate, please contact Judge Motz at Judge_J_Frederick_Motz@mdd.uscourts.gov or (410) 962-0782.

5

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:10-cv-78938-ER
### Internal Use Only

OLSCHEWSKE et al v. ASBESTOS DEFENDANTS
Assigned to: HONORABLE EDUARDO C. ROBRENO
Case in other court: CA-N, 10-01729
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 08/20/2010
Jury Demand: Defendant
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**LINDA OLSCHEWSKE**
*AS WRONGFUL DEATH HEIR, AND*
*AS SUCCESSOR-IN-INTEREST TO*
*THOMAS OSCHEWSKE DECEASED*

represented by **DAVID R. DONADIO**
BRAYTON PURCELL LLP
222 RUSH LANDING RD
POBOX 6169
NOVATO, CA 94948
Email: ddonadio@braytonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RICHARD MARTIN GRANT**
BRAYTON-PURCELL LLP
222 RUSH LANDING ROAD
P.O. BOX 6169
NOVATO, CA 94948
415/898-1555
Email: rgrant@braytonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KIMBERLY J.W.J. CHU**
BRAYTON PURCELL LLP
222 RUSH LANDING RD
NOVATO, CA 94948
415-898-1555
Email: kchu@braytonlaw.com
*ATTORNEY TO BE NOTICED*

**KIMBERLY L. MEYER**
BRAYTON PURCELL
222 RUSH LANDING RD
NOVATO, CA 94948
415-898-1555
Email: kmeyer@braytonlaw.com
*TERMINATED: 03/12/2012*

**Plaintiff**

**THOMAS R. OLSCHEWSKE**                 represented by   **DAVID R. DONADIO**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **RICHARD MARTIN GRANT**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **KIMBERLY J.W.J. CHU**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ELLAMAE PIKE**                         represented by   **DAVID R. DONADIO**
*AS LEGAL HEIRS OF THOMAS*                                (See above for address)
*OLSCHEWSKE, DECEASED*                                    *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **RICHARD MARTIN GRANT**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **KIMBERLY J.W.J. CHU**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ASBESTOS DEFENDANTS**                  represented by   **EVAN C. NELSON**
                                                          TUCKER ELLIS WEST LLP
                                                          135 N MAIN ST STE 700
                                                          SAN FRANCISCO, CA 94105
                                                          415-617-2400
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **NICOLE ELISABET GAGE**
                                                          TUCKER ELLIS & WEST LLP
                                                          135 MAIN ST SUITE 700
                                                          SAN FRANCISCO, CA 94105
                                                          415-617-2143
                                                          Email: nicole.gage@tuckerellis.com
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**ROCKWELL AUTOMATION, INC.**     represented by    **EVAN C. NELSON**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOHN K SON**
TUCKER ELLIS LLP
515 S FLOWER STS. 42ND FLR.
LOS ANGELES, CA 90017-2223
213-430-3400
Fax: 213-430-3409
Email: john.son@tuckerellis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NICOLE ELISABET GAGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**A.W. CHESTERTON COMPANY**     represented by    **ANNE K. BRAUER**
*TERMINATED: 01/09/2012*                                     COOLEY MANION JONES HAKE
KUROWSKI LLP
201 SPEAR ST 18TH FL
SAN FRANCISCO, CA 94105
415-512-4381
Email: abrauer@cmjhklaw.com
*TERMINATED: 01/09/2012*
*LEAD ATTORNEY*

**ANTHONY MICHAEL BLALOCK**
COOLEY MANION JONES HAKE
KUROWSKI LLP
201 SPEAR ST 18TH FL
SAN FRANCISCO, CA 94105
415-512-4381
Email: ablalock@cmjhklaw.com
*TERMINATED: 01/09/2012*
*LEAD ATTORNEY*

**WILLIAM M. HAKE**
HAKE LAW PC
343 SANSOME ST STE 425
SAN FRANCISCO, CA 94104
*TERMINATED: 01/09/2012*
*LEAD ATTORNEY*

**Defendant**

**MINGLEDORFF'S, INC.**
*TERMINATED: 06/03/2010*

represented by **KEVIN DOUGLAS JAMISON**
POND NORTH LLP
350 SOUTH GRAND AVE #3300
LOS ANGELES, CA 90071
213-617-6170
Email: kjamison@pondnorth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**EATON CORPORATION, AS SII TO EATON ELECTRICAL INC. AND CUTLER-HAMMER INC.**
*TERMINATED: 01/13/2012*

represented by **NAOMI FRIBOURG**
HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE RD STE 200
REDWOOD CITY, CA 94061
650-365-7715
Fax: 650-364-5297
Email: nfribourg@hrmrlaw.com
*TERMINATED: 01/13/2012*
*LEAD ATTORNEY*

**SHAWN MICHAEL RIDLEY**
HOWARD ROME MARTIN RIDLEY LLP
1775 WOODSIDE RD #200
REDWOOD CITY, CA 94061
650-365-7715
Email: sridley@hrmrlaw.com
*TERMINATED: 01/13/2012*
*LEAD ATTORNEY*

**CHRISTINA MARIE HELWIG**
HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD SUITE 200
REDWOOD CITY, CA 94061-3436
650-365-7715
Email: chelwig@hrmrlaw.com
*TERMINATED: 01/13/2012*

**CY GOLDBERG**
GOLDBERG, MILLER & RUBIN, PC
121 SOUTH BROAD STREET
STE. 1500
PHILADELPHIA, PA 19107
215-735-3994
Email: gmrlawfirm@gmrlawfirm.com
*TERMINATED: 01/13/2012*

**JASON WAYNE RUBIN**

GOLDBERG, MILLER & RUBIN, PC
121 S. BROAD ST.
STE. 1500
PHILA, PA 19107
215-735-3994
Email: jrubin@gmrlawfirm.com
*TERMINATED: 01/13/2012*

**Defendant**

**ALLIS-CHALMERS
CORPORATION PRODUCT
LIABILITY TRUST**

**Defendant**

**BUCYRUS INTERNATIONAL,
INC.**

**Defendant**

**CROWN CORK & SEAL
COMPANY, INC.**
*TERMINATED: 01/18/2012*

represented by **PETER V. MARKS , SR.**
1247 SOUTHAMPTON ROAD
PHILADELPHIA, PA 19116
215-677-6982
Email: mstackjr@aol.com
*TERMINATED: 01/18/2012*

**Defendant**

**THOMAS DEE ENGINEERING
CO., INC.**

represented by **MIRNA JEFTIC**
WALSWORTH FRANKLIN BEVINS
AND MCCALL, LLP
601 MONTGOMERY STREET
NINTH FLOOR
SAN FRANCISCO, CA 94111
415-781-7072
Email: mjeftic@wfbm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**GARLOCK SEALING
TECHNOLOGIES, LLC**

**Defendant**

**GENERAL ELECTRIC COMPANY**

represented by **CHARLES T. SHELDON**
WALSWORTH FRANKLIN BEVINS
& MCCALL LLP
601 NONTGOMERY ST, 9TH FLOOR

SAN FRANCISCO, CA 94111
415-781-7900
Email: csheldon@wfbm.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**ALLISON M. LOW**
SEDGWICK LLP
333 BUSH ST 30TH FL
SAN FRANCISCO, CA 94104-2834
415-627-1466
Email: allison.low@sedgwicklaw.com
*ATTORNEY TO BE NOTICED*

**DEREK S. JOHNSON**
WALSWORTH RANKLIN BEVINS &
MCCALL LLP
601 MONTGOMERY ST 9TH FL
SAN FRANCISCO, CA 94111
415-781-7900
Email: djohnson@wfbm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**METROPOLITAN LIFE
INSURANCE COMPANY**

**Defendant**

**PARKER-HANNIFIN
CORPORATION**

represented by **JOSEPH BLAISE ADAMS**
BASSI EDLIN HUIE & BLUM LLP
351 CALIFORNIA STREET
SUITE 200
SAN FRANCISCO, CA 94104
415-397-9006
Email: jadams@behblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**QUINTEC INDUSTRIES, INC.**

**Defendant**

**VIACOM, INC.**

represented by **KEVIN DOUGLAS JAMISON**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WESTERN MACARTHUR
COMPANY**

**Defendant**

**MACARTHUR COMPANY**

**Defendant**

**WESTERN ASBESTOS COMPANY**

**Defendant**

**3M COMPANY**

**Defendant**

**INGERSOLL-RAND COMPANY**

**Defendant**

**HOPEMAN BROTHERS, INC.**

**Defendant**

**J.T. THORPE & SON, INC.**　　　　　represented by　**RESHMA A. BAJAJ**
　　　　　　　　　　　　　　　　　　　　　　　　BASSI EDLIN HUIE BLUM
　　　　　　　　　　　　　　　　　　　　　　　　500 WASHINGTON ST STE 700
　　　　　　　　　　　　　　　　　　　　　　　　SAN FRANCISCO, CA 94111
　　　　　　　　　　　　　　　　　　　　　　　　415-397-9006
　　　　　　　　　　　　　　　　　　　　　　　　Email: rbajaj@behblaw.com
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**PNEUMO ABEX LLC**

**Defendant**

**BORGWARNER MORSE TBC, INC.**

**Defendant**

**HONEYWELL INTERNATIONAL, INC.**
*SUCCESSOR-IN-INTEREST TO ALLIEDSIGNAL, INC*

**Defendant**

**THE BUDD COMPANY**

**Defendant**

**DAIMLERCHRYSLER CORPORATION**

**Defendant**

**DANA COMPANIES, LLC**

**Defendant**

**FORD MOTOR COMPANY**

**Defendant**

**GENERAL MOTORS
CORPORATION**

Defendant

**BRIDGESTONE/FIRESTONE**

Defendant

**NORTH AMERICAN TIRE, LLC**

Defendant

**LEAR SIEGLER DIVERSIFIED
HOLDINGS CORP.**

Defendant

**MAREMONT CORPORATION**

Defendant

**MORTON INTERNATIONAL, INC.**

Defendant

**STANDARD MOTOR PRODUCTS,
INC.**

Defendant

**GAITE CORPORATION**

Defendant

**BRASSBESTOS BRAKE
COMPANY**

Defendant

**H. KRASNE MANUFACTURING
COMPANY**

Defendant

**AUTO SPECIAL
MANUFACTURING COMPANY**

Defendant

**STUART-WESTERN, INC.**

Defendant

**RITESET MANUFACTURING
COMPANY**

Defendant

**ASBESTOS MANUFACTURING
COMPANY**

**Defendant**

**FIBRE & METAL PRODUCTS COMPANY**

**Defendant**

**LASCO BRAKE PRODUCTS**

**Defendant**

**LJ. MILEY COMPANY**

**Defendant**

**ROSSENDALE-RUBOIL COMPANY**

**Defendant**

**SOUTHERN FRICTION MATERIALS COMPANY**

**Defendant**

**U.S. SPRING & BUMPER COMPANY**

**Defendant**

**AUTO FRICTION CORPORATION**

**Defendant**

**EMSCO ASBESTOS COMPANY**

**Defendant**

**FORCES MANUFACTURING CORPORATION**

**Defendant**

**MOLDED INDUSTRIAL FRICTION CORPORATION**

**Defendant**

**NATIONAL TRANSPORT SUPPLY, INC.**

**Defendant**

**SILVER LINE PRODUCTS, INC.**

**Defendant**

**STANDCO, INC.**

**Defendant**

**UNIVERSAL FRICTION**

**MATERIALS COMPANY**

**Defendant**

**WHEELING BRAKE BLOCK
MANUFACTURING COMPANY**

**Defendant**

**BELL ASBESTOS MINES LTD**

**Defendant**

**OWENS-ILLINOIS, INC.**

**Defendant**

**AMERICAN CONFERENCE OF
GOVERNMENTAL INDUSTRIAL
HYGIENISTS, INC.**

**Defendant**

**UNDERWRITERS
LABORATORIES, INC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/20/2010 | 1 | TRANSFER ORDER NO. 817 THAT THE CLERK OF COURT IS ORDERED TO INITIATE THE PROCEDURES FOR THE TRANSFER OF MDL 875 CASES FROM THE U.S.D.C. NORTHERN DISTRICT OF CALIFORNIA, IN ACCORDANCE WITH THE TERMS OF THIS COURT'S ADMINISTRATIVE ORDER NO. 11. ENTERED AND COPIES MAILED. (va, ) (Entered: 08/24/2010) |
| 08/20/2010 | 2 | AMENDED ADMINISTRATIVE ORDER NO. 11 THAT THE MODIFICATIONS TO THE EXISTING PROCEDURES FOR THE PROCESSING OF CASES, DOCKETS, PLEADINGS AND ORDERS IN MDL 875 CASES ARE ADOPTED AS OUTLINED IN THIS ORDER, ETC. ENTERED AND COPIES MAILED. (va, ) (Entered: 08/24/2010) |
| 08/20/2010 | 3 | NOTICE TO COUNSEL (va, ) (Entered: 08/24/2010) |
| 08/30/2010 | 4 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by EATON CORPORATION, AS SII TO EATON ELECTRICAL INC. AND CUTLER-HAMMER INC..(GOLDBERG, CY) (Entered: 08/30/2010) |
| 08/30/2010 | 5 | NOTICE of Appearance by CY GOLDBERG on behalf of EATON CORPORATION, AS SII TO EATON ELECTRICAL INC. AND CUTLER-HAMMER INC. with Certificate of Service(GOLDBERG, CY) (Entered: 08/30/2010) |
| 08/30/2010 | 6 | Disclosure Statement Form pursuant to FRCP 7.1 by EATON CORPORATION, AS SII TO EATON ELECTRICAL INC. AND |

| | | |
|---|---|---|
| | | CUTLER-HAMMER INC..(RUBIN, JASON) (Entered: 08/30/2010) |
| 08/30/2010 | 7 | NOTICE of Appearance by JASON WAYNE RUBIN on behalf of EATON CORPORATION, AS SII TO EATON ELECTRICAL INC. AND CUTLER-HAMMER INC. with Certificate of Service(RUBIN, JASON) (Entered: 08/30/2010) |
| 09/25/2010 | 8 | CERTIFICATE OF SERVICE by LINDA OLSCHEWSKE, THOMAS R. OLSCHEWSKE, ELLAMAE PIKE *regarding the Service of Administrative Order #12 Report and Attachments on September 17, 2010* (ANDERS, FRANK) (Entered: 09/25/2010) |
| 12/20/2010 | 9 | ORDERED THAT THE CASES LISTED IN EXHIBIT "A", ATTACHED, A STATUS AND SCHEDULING CONFERENCE WILL BE HELD IN THE CASES LISTED IN EXHIBIT "A", ATTACHED, ON TUESDAY, JANUARY 11TH AT 2:00 PM IN COURTROOM 11A, UNITED STATES COURTHOUSE, 601 MARKET STREET, PHILADELPHIA, PA 19106.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 12/16/10. 12/20/10 ENTERED AND COPIES MAILED, E-MAILED.(jaa, ) ***DOCKETED ON ERROR***. Modified on 12/20/2010 (jaa, ). (Entered: 12/20/2010) |
| 03/24/2011 | 10 | NOTICE of Appearance by RESHMA A. BAJAJ on behalf of J.T. THORPE & SON, INC. (BAJAJ, RESHMA) (Entered: 03/24/2011) |
| 06/24/2011 | 11 | NOTICE by VIACOM, INC. *of Filing State Court Answer to Complaint and Jury Demand* (Attachments: # 1 Exhibit 1 - CBS' Answer to First Amended Complaint (14 pages), # 2 Exhibit 2 - CBS' Demand for Jury Trial and Estimate of Length of Trial (4 pages))(JAMISON, KEVIN) (Entered: 06/24/2011) |
| 06/24/2011 | 12 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by VIACOM, INC..(JAMISON, KEVIN) (Entered: 06/24/2011) |
| 08/08/2011 | 13 | ORDER THAT IN THE CASES LISTED IN EXHIBIT "A", ATTACHED, A STATUS AND SCHEDULING CONFERENCE WILL BE HELD ON 9/6/11 AT 2PM.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/8/11. 8/8/11 ENTERED AND COPIES MAILED, E-MAILED (dp, ) (Entered: 08/08/2011) |
| 08/10/2011 | 14 | NOTICE of Appearance by MICHAEL J. ZUKOWSKI on behalf of CRANE CO. with Certificate of Service(ZUKOWSKI, MICHAEL) (Entered: 08/10/2011) |
| 08/18/2011 | 15 | NOTICE of Appearance by ALLISON M. LOW on behalf of GENERAL ELECTRIC COMPANY with Certificate of Service(LOW, ALLISON) (Entered: 08/18/2011) |
| 08/19/2011 | 16 | NOTICE of Appearance by SHAWN MICHAEL RIDLEY on behalf of EATON CORPORATION, AS SII TO EATON ELECTRICAL INC. AND CUTLER-HAMMER INC. with CERTIFICATE OF SERVICE(RIDLEY, SHAWN) (Entered: 08/19/2011) |
| 08/31/2011 | 17 | NOTICE of Voluntary Dismissal by All Plaintiffs As To DEFENDANT |

| | | |
|---|---|---|
| | | CRANE CO., ONLY, WITHOUT PREJUDICE(DONADIO, DAVID) (Entered: 08/31/2011) |
| 09/02/2011 | 18 | STATUS REPORT *for September 6, 2011 Initial Status and Scheduling Conference* by LINDA OLSCHEWSKE. (MEYER, KIMBERLY) (Entered: 09/02/2011) |
| 09/07/2011 | 20 | ORDER THAT THE MOTION FOR VOLUNTARY DISMISSAL IS HEREBY GRANTED, AND DEFENDANT CRANE CO. IS HEREBY DISMISSED WITHOUT PREJUDICE, WITH EACH PARTY TO BEAR ITS OWN COSTS. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 9/6/2011. 9/9/2011 ENTERED AND COPIES MAILED, E-MAILED.(kp, ) (Entered: 09/09/2011) |
| 09/09/2011 | 19 | ORDER THAT THE DEADLINES IN THE ABOVE-CAPTIONED CASE ARE AS FOLLOWS: ALL DISCOVERY MUST BE COMPLETED BY JANUARY 5, 2012; PLAINTIFF'S EXPERT REPORTS MUST BE SERVED BY FEBRUARY 5, 2012; DEFENDANT'S EXPERT REPORTS MUST BE SERVED BY MARCH 5, 2012; REBUTTAL EXPERT REPORTS MUST BE SERVED BY MARCH 19, 2012; SUMMARY JUDGMENT MOTIONS MUST BE FILED BY APRIL 19, 2012; RESPONSES ARE DUE JUNE 19, 2012; REPLIES, IF ANY, ARE DUE JULY 11, 2012; AND A FINAL PRE-REMAND HEARING, INCLUDING ORAL ARGUMENT ON ALL OPPOSED SUMMARY JUDGMENT MOTIONS, WILL BE HELD ON TUESDAY, JULY 24, 2012 AT 10:00 A.M. IN COURTROOM 11A, JAMES A. BYRNE UNITED STATES COURTHOUSES, 601 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19106. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 9/7/2011. 9/9/2011 ENTERED AND COPIES MAILED AND E-MAILED.(jcab) (Entered: 09/09/2011) |
| 09/14/2011 | 21 | NOTICE of Appearance of NICOLE E. GAGE on behalf of ROCKWELL AUTOMATION, INC. (SON, JOHN) Modified on 9/14/2011 (md). (Entered: 09/14/2011) |
| 10/13/2011 | 22 | NOTICE of Voluntary Dismissal by All Plaintiffs As To ITT CORPORATION FKA ITT INDUSTRIES, INC., ONLY, WITHOUT PREJUDICE.(DONADIO, DAVID) (COPY FORWARDED TO JUDGE FOR APPROVAL) Modified on 10/14/2011 (md). (Entered: 10/13/2011) |
| 10/17/2011 | 23 | ORDER THAT ITT CORPORATION fka ITT INDUSTRIES, INC. RILEY STOKER CORPORATION IS DISMISSED WITH PREJUDICE WITH EACH PARTY TO BEAR ITS OWN COSTS AND ATTORNEYS' FEES. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 10/17/11. ) 10/18/11 ENTERED AND COPIES MAILED, E-MAILED. (gn, ) (Entered: 10/18/2011) |
| 10/19/2011 | 24 | NOTICE of Voluntary Dismissal by All Plaintiffs As To COOPER INDUSTRIES, LLC FKA COOPER INDUSTRIES, INC., ONLY, WITHOUT PREJUDICE(DONADIO, DAVID) (Entered: 10/19/2011) |
| 10/24/2011 | 25 | ORDER THAT THE DEFT, COOPER INDUSTRIES, LLC F/K/A |

| | | COOPER INDUSTRIES, INC., IS DISMISSED WITHOUT PREJUDICE.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 10/20/2011. 10/24/2011 ENTERED AND COPIES MAILED, E-MAILED.(tomg, ) (Entered: 10/24/2011) |
|---|---|---|
| 10/24/2011 | 26 | ORDER THAT MICHAEL J. STACK, ESQUIRE (DECEASED), IS WITHDRAWN AS COUNSEL OF RECORD FOR DEFENDANT CROWN CORK & SEAL AND THAT THE APPEARANCE OF PETER V. MARKS, SR., ESQUIRE, IS ENTERED IN HIS PLACE. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 10/21/11. 10/24/11 ENTERED AND COPIES MAILED AND E-MAILED. (aeg, ) (Entered: 10/24/2011) |
| 10/24/2011 | 🔒 | (Court only) ***Attorney PETER V. MARKS, SR for CROWN CORK & SEAL COMPANY, INC. added. (va, ) (Entered: 10/28/2011) |
| 11/17/2011 | 27 | NOTICE of Appearance by CHRISTINA MARIE HELWIG on behalf of EATON CORPORATION, AS SII TO EATON ELECTRICAL INC. AND CUTLER-HAMMER INC. with CERTIFICATE OF SERVICE(HELWIG, CHRISTINA) (Entered: 11/17/2011) |
| 01/03/2012 | 28 | NOTICE of Appearance by MICHELE CHERIE BARNES on behalf of SCHNEIDER ELECTRIC USA, INC. with CERTIFICATE OF SERVICE (tomg, ) (Entered: 01/04/2012) |
| 01/05/2012 | 29 | NOTICE of Voluntary Dismissal by All Plaintiffs As To A.W. CHESTERTON COMPANY, ONLY, WITHOUT PREJUDICE (DONADIO, DAVID) (Entered: 01/05/2012) |
| 01/09/2012 | 30 | ORDER THAT THIS COURT DISMISS DEFT A.W. CHESTERTON COMPANY FROM THIS ACTION WITHOUT PREJUDICE. EACH PARTY TO BEAR ITS OWN FEES AND COSTS. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/5/12. ) 1/9/12 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 01/09/2012) |
| 01/09/2012 | 🔒 | (Court only) *** Party A.W. CHESTERTON COMPANY terminated., *** Attorney WILLIAM M. HAKE; ANTHONY MICHAEL BLALOCK and ANNE K. BRAUER terminated. (gn, ) (Entered: 01/09/2012) |
| 01/11/2012 | 31 | NOTICE of Voluntary Dismissal by All Plaintiffs As To EATON CORPORATION, as SII to EATON ELECTRICAL INC and CUTLER-HAMMER INC., ONLY, WITHOUT PREJUDICE.(DONADIO, DAVID) Modified on 1/12/2012 (md). (Entered: 01/11/2012) |
| 01/13/2012 | 32 | ORDER THAT THE COURT DISMISS DEFT EATON CORPORATION, AS SII TO EATON ELECTRICAL INC. AND CUTLER-HAMMER INC. FROM THIS ACTION WITHOUT PREJUDICE. EACH PARTY TO BEAR ITS OWN FEES AND COSTS. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/12/12. ) 1/13/12 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 01/13/2012) |
| | | |

| 01/13/2012 | 🔒 | (Court only) *** Party EATON CORPORATION, AS SII TO EATON ELECTRICAL INC. AND CUTLER-HAMMER INC. terminated., *** Attorney CHRISTINA MARIE HELWIG; SHAWN MICHAEL RIDLEY; JASON WAYNE RUBIN; NAOMI FRIBOURG and CY GOLDBERG terminated. (gn, ) (Entered: 01/13/2012) |
| 01/13/2012 | 33 | NOTICE of Voluntary Dismissal by All Plaintiffs As To CROWN CORK & SEAL COMPANY, INC., ONLY, WITH PREJUDICE(DONADIO, DAVID) (Entered: 01/13/2012) |
| 01/18/2012 | 34 | ORDER TO DISMISS DEFT CROWN CORK & SEAL COMPANY, INC. FROM THIS ACTION WITH PREJUDICE. EACH PARTY TO BEAR ITS OWN FEES AND COSTS. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/18/12. ) 1/18/12 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 01/18/2012) |
| 01/18/2012 | 🔒 | (Court only) *** Party CROWN CORK & SEAL COMPANY, INC. terminated., *** Attorney PETER V. MARKS, SR terminated. (gn, ) (Entered: 01/18/2012) |
| 02/06/2012 | 35 | Disclosure with Certificate of Service by SCHNEIDER ELECTRIC USA, INC..(BARNES, MICHELE) (Entered: 02/06/2012) |
| 02/08/2012 | 36 | ORDER THAT THE SCHEDULING ORDER IN THESE CASES, ENTERED ON 9/7/11, IS AMENDED TO READ THAT PLAINTIFFS' RESPONSES (IF ANY) TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ARE DUE ON 5/21/12, AND DEFENDANTS' REPLIES TO PLAINTIFFS' RESPONSES (IF ANY) ARE DUE 6/4/12. ALL OTHER DATES IN THE SCHEDULING ORDER SHALL REMAIN THE SAME.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/6/12. 2/8/12 ENTERED AND COPIES MAILED, E-MAILED (dp, ) (Entered: 02/08/2012) |
| 02/17/2012 | 37 | NOTICE of Appearance by MIRNA JEFTIC on behalf of THOMAS DEE ENGINEERING CO., INC. (JEFTIC, MIRNA) (Entered: 02/17/2012) |
| 02/17/2012 | 38 | Disclosure with Certificate of Service by THOMAS DEE ENGINEERING CO., INC..(JEFTIC, MIRNA) (Entered: 02/17/2012) |
| 03/05/2012 | 39 | Disclosure by J.T. THORPE & SON, INC..(BAJAJ, RESHMA) (Entered: 03/05/2012) |
| 03/12/2012 | 40 | NOTICE of Withdrawal of Appearance by KIMBERLY L. MEYER on behalf of All Plaintiffs (MEYER, KIMBERLY) (Entered: 03/12/2012) |
| 03/12/2012 | 🔒 | (Court only) *** Attorney KIMBERLY L. MEYER terminated. (md) (Entered: 03/13/2012) |
| 03/27/2012 | 41 | NOTICE of Voluntary Dismissal by All Plaintiffs As To CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION, ONLY, WITH PREJUDICE. EACH PARTY TO BEAR ITS OWN FEES AND COSTS.(DONADIO, DAVID) |

| | | (Entered: 03/27/2012) |
|---|---|---|
| 03/30/2012 | 42 | ORDER THAT THIS COURT DISMISS DEFT CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION FROM THIS ACTION WITH PREJICE. EACH PARTY TO BEAR ITS OWN FEES AND COSTS. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 3/29/12. ) 3/30/12 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 03/30/2012) |
| 04/19/2012 | 43 | MOTION for Summary Judgment *and Proposed Order* filed by SCHNEIDER ELECTRIC USA, INC..Memorandum.(BARNES, MICHELE) (Entered: 04/19/2012) |
| 04/19/2012 | 44 | MEMORANDUM of Law in Support of 43 Motion for Summary Judgment filed by SCHNEIDER ELECTRIC USA, INC. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(BARNES, MICHELE) Modified on 4/20/2012 (md). (Entered: 04/19/2012) |
| 04/19/2012 | 🔒 | (Court only) ***Motions terminated: 44 MOTION for Summary Judgment *Memorandum of Law in Support of its Motion for Summary Judgment* filed by SCHNEIDER ELECTRIC USA, INC. (md) (Entered: 04/20/2012) |
| 05/10/2012 | 45 | NOTICE of Voluntary Dismissal by All Plaintiffs As To SCHNEIDER ELECTRIC USA, INC. f/k/a SQUARE D COMPANY ONLY, WITHOUT PREJUDICE. EACH PARTY TO BEAR ITS OWN FEES AND COSTS. (DONADIO, DAVID) (Entered: 05/10/2012) |
| 05/10/2012 | 46 | NOTICE of Appearance by DEREK S. JOHNSON on behalf of GENERAL ELECTRIC COMPANY with Certificate of Service (JOHNSON, DEREK) (Entered: 05/10/2012) |
| 05/15/2012 | 47 | ORDER TO DISMISS DEFT SCHNEIDER ELECTRIC USA, INC. f/k/a SQUARE D COMPANY FROM THIS ACTION WITHOUT PREJUDICE. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/14/12. ) 5/15/12 ENTERED AND COPIES MAILED, E-MAILED. (gn, ) (Entered: 05/15/2012) |
| 05/15/2012 | 🔒 | (Court only) *** Party SCHNEIDER ELECTRIC USA, INC. (F/K/A SQUARE D COMPANY) terminated., *** Attorney MICHELE CHERIE BARNES terminated. (gn, ) (Entered: 05/15/2012) |
| 05/15/2012 | 🔒 | (Court only) ***Motions terminated: 43 MOTION for Summary Judgment *and Proposed Order* filed by SCHNEIDER ELECTRIC USA, INC.. (gn, ) (Entered: 05/17/2012) |
| 07/02/2012 | 48 | Disclosure by PARKER-HANNIFIN CORPORATION.(ADAMS, JOSEPH) (Entered: 07/02/2012) |
| 07/20/2012 | 49 | STATUS REPORT *RE FINAL PRE-REMAND CONFERENCE ON JULY 24, 2012* by LINDA OLSCHEWSKE, THOMAS R. OLSCHEWSKE, ELLAMAE PIKE. (CHU, KIMBERLY) (Entered: 07/20/2012) |

| 09/07/2012 | 50 | ORDER THAT THE COURT SUGGESTS THAT THE ABOVE-CAPTIONED CASE SHOULD BE REMANDED TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA FOR RESOLUTION OF ALL MATTERS PENDING WITHIN THIS CASE EXCEPT PUNITIVE DAMAGES, ETC. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 9/6/12. ) 9/7/12 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) Modified on 9/7/2012 (gn, ). (Entered: 09/07/2012) |
| 09/19/2012 | 51 | Copy of Conditional Remand Order from the Judicial Panel on Multidistrict Litigation that all claims in the actions on this order except the severed damages claims be remanded to its respective transferor courts: CA-N 3:09-4676, 09-4756, 09-4782, 09-4803, 09-4881, 4:10-1729, 10-2927, 11-270. (See Paper # 8715 in 01-md-875). (tjd) (Entered: 09/19/2012) |
| 09/19/2012 |  | Certified copy of Conditional Remand Order along with copy of docket mailed to the Northern District of California. (tjd) (Entered: 09/19/2012) |

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (VI)   MDL 875
**Conditional Remand Order**

Dear Sir/Madam:

The enclosed **certified copy of** a Conditional Remand Order is being mailed to you.  This order has been issued by the Judicial Panel on Multidistrict Litigation directing each of the cases on the attached list to be remanded back to your court.  Pursuant to this order, please file this certified copy in your specific case and re-open the case in your court now that the Panel has returned jurisdiction of this case to you.  Any questions please contact me at (267) 299-7018.  Thank You and Have a Good Day.

Sincerely,

MICHAEL E. KUNZ
CLERK OF COURT

Tom Dempsey
MDL Docketing Clerk

Enclosure