ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California  94948-6169
(415) 898-1555
(415)898-1247 (Facsimile)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA OLSCHEWSKE, as Wrongful Death Heir and as Successor-in-Interest to THOMAS OLSCHEWSKE, Deceased; and THOMAS R. OLSCHEWSKE and ELLAMAE PIKE, as Legal Heirs of THOMAS OLSCHEWSKE, Deceased,<br><br>    Plaintiffs,<br><br>vs.<br><br>ASBESTOS DEFENDANTS, *et al.*,<br><br>    Defendants. | Case No. 3:10-cv-01729- CRB<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT GRAYBAR ELECTRIC COMPANY, INC., WITHOUT PREJUDICE; ORDER** |

    The parties request this Court dismiss defendant GRAYBAR ELECTRIC COMPANY, INC. from this action without prejudice.  Each party to bear its own fees and costs.

///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: December 5, 2012 | BRAYTON❖PURCELL LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: s/ David R. Donadio |
| | | DAVID R. DONADIO, ESQ., CA S.B. #154436 |
| 6 | | DDonadio@braytonlaw.com |
| | | Tel: (415) 898-1555 |
| 7 | | Fax: (415)898-1247 |
| | | Attorneys for Plaintiffs |
| 8 | | |
| 9 | | |
| 10 | Dated: 12/7/12 | ARCHER NORRIS, PLC |
| 11 | | |
| 12 | | |
| 13 | | By: |
| 14 | | JIYON C. YUN |
| | | Attorneys for Defendant |
| 15 | | GRAYBAR ELECTRIC COMPANY, INC. |
| 16 | | |
| 17 | | |
| 18 | Dated: December 10, 2012 | SO ORDERED: |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | United States District Court |
| 23 | | IT IS SO ORDERED |
| 24 | | |
| 25 | | Judge Charles R. Breyer |

2
REQUEST FOR DISMISSAL OF DEFENDANT GRAYBAR ELECTRIC COMPANY, INC., WITHOUT PREJUDICE; ORDER