ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA OLSCHEWSKE, as Wrongful Death Heir and as Successor-in-Interest to THOMAS OLSCHEWSKE, Deceased; and THOMAS R. OLSCHEWSKE and ELLAMAE PIKE, as Legal Heirs of THOMAS OLSCHEWSKE, Deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> ASBESTOS DEFENDANTS, *et al.*, <br><br> Defendants. | Case No. 3:10-cv-01729-CRB <br><br> **REQUEST FOR DISMISSAL OF DEFENDANT GRAYBAR ELECTRIC COMPANY, INC., WITHOUT PREJUDICE; ORDER** |

The parties request this Court dismiss defendant GRAYBAR ELECTRIC COMPANY, INC. from this action without prejudice. Each party to bear its own fees and costs.

///

///

///

///

///

1

REQUEST FOR DISMISSAL OF DEFENDANT GRAYBAR ELECTRIC COMPANY, INC., WITHOUT PREJUDICE; ORDER

```
 1  Dated: December 5, 2012              BRAYTON❖PURCELL LLP
 2
 3
 4
                                         By: s/ David R. Donadio
 5                                          DAVID R. DONADIO, ESQ., CA S.B. #154436
                                            DDonadio@braytonlaw.com
 6                                          Tel: (415) 898-1555
                                            Fax: (415) 898-1247
 7                                          Attorneys for Plaintiffs
 8
 9
10  Dated: 12/7/12                        ARCHER NORRIS, PLC
11
12
13
                                         By: /s/
14                                          JIYON C. YUN
                                            Attorneys for Defendant
15                                          GRAYBAR ELECTRIC COMPANY, INC.
16
17
18
    Dated: December 10, 2012             SO ORDERED:
19
20
21
22                                       _____
                                         United States District Judge
23
24                                       IT IS SO ORDERED
                                         Judge Charles R. Breyer
25
26
27
28
```

2
REQUEST FOR DISMISSAL OF DEFENDANT GRAYBAR ELECTRIC COMPANY, INC., WITHOUT PREJUDICE; ORDER