ALAN R. BRAYTON, ESQ., CA S.B. #73685
GEOFF T. SLONIKER, ESQ., CA S.B. #268049
Email: GSloniker@braytonlaw.com
BRAYTON♦PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA OLSCHEWSKE, as Wrongful Death Heir and as Successor-in-Interest to THOMAS OLSCHEWSKE, Deceased; and THOMAS R. OLSCHEWSKE and ELLAMAE PIKE, as Legal Heirs of THOMAS OLSCHEWSKE, Deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> ASBESTOS DEFENDANTS, et al., <br><br> Defendants. | No. 3:10-cv-01729-CRB <br><br> **REQUEST FOR DISMISSAL OF DEFENDANT HOPEMAN BROTHERS, INC., WITH PREJUDICE; ORDER** <br><br><br> This document relates to: <br><br> *Linda Olschewske, et al. v. Asbestos Defendants, et al.*, United States District Court, Eastern District of Pennsylvania, Case No. 2:10-cv-78938-ER |

The parties request this Court dismiss defendant HOPEMAN BROTHERS, INC. from this action with prejudice. Each party to bear its own fees and costs.

///

///

///

///

| | |
|---|---|
| Dated: March 5, 2013 | BRAYTON❖PURCELL LLP |
| | By: *(signature)* |
| | Geoff T. Slomker, Esq., CA S.B. #268049 |
| | GSlomker@braytonlaw.com |
| | Tel: (415) 898-1555 |
| | Fax: (415) 898-1247 |
| | Attorneys for Plaintiffs |
| Dated: 4/23/13 | BASSI, EDLIN, HUIE & BLUM LLP |
| | By: *(signature)* |
| | Robert S. Kraft |
| | Attorneys for Defendant |
| | HOPEMAN BROTHERS, INC. |
| Dated: April 24, 2013 | SO ORDERED: |

United States District Court

**IT IS SO ORDERED**
*(signature)*
Judge Charles R. Breyer

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)*