BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA OLSCHEWSKE, as Wrongful Death Heir and as Successor-in-Interest to THOMAS OLSCHEWSKE, Deceased; and THOMAS R. OLSCHEWSKE and ELLAMAE PIKE, as Legal Heirs of THOMAS OLSCHEWSKE, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>ASBESTOS DEFENDANTS, *et al.*,<br><br>Defendants. | No. 3:10-cv-01729- CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT J.T. THORPE & SON, INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant J.T. THORPE & SON, INC. are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: August 28, 2015        By: _____
                                 Charles R. Breyer
                                 United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT J.T. THORPE & SON, INC.