United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7   RONALD DUTTON,                        Case No.  05-3107 CRB

8              Plaintiff,

9        v.                               **ORDER TO DEFENDANT GENERAL
                                          ELECTRIC AND PLAINTIFFS
10  GENERAL ELECTRIC, et al.,             REGARDING STATUS OF
                                          SETTLEMENTS**
11             Defendants.
                                          *This Order Relates To*:
12                                        Clemmer, 05-3107 CRB
                                          Alexander, 05-4945 CRB
13                                        Cody, 06-0843 CRB
                                          Cervenka, 06-6949 CRB
14                                        Huff, 08-4490 CRB
                                          Hulsen, 09-2012 CRB
15                                        Bullock, 09-3185 CRB
                                          Jackson, 09-3186 CRB
16                                        Jones, 09-3953 CRB
                                          Brown, 09-4681 CRB
17                                        Mack, 10- 1729 CRB
                                          Gilpin, 11-3564 CRB
18                                        Huff, 11-3772  CRB
                                          Shelly, 11-5597 CRB
19                                        Duenas, 12-0714 CRB
                                          Lowe, 12-5227 CRB
20                                        McMeans, 13-0937 CRB

21

22

23        Plaintiffs and General Electric have advised the Court that the above cases have settled;

24  however, as of the date of this Order dismissals of the cases or of the claims against General

25  Electric have not been filed.  Accordingly, on or before **July 22, 2016**, the parties shall file

26  dismissals in the above actions or, if no dismissal can be filed, a joint statement explaining the

27  status of the settlement in each still pending action.

28

1

2          **IT IS SO ORDERED.**

3     Dated: July 1, 2016

4

5                                                    _____
                                                     JACQUELINE SCOTT CORLEY
6                                                    United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2